UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **CURTIS M. EDWARDS,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**DEPUTY MARTINEZ, et al.,**<br><br>    **Defendant(s).** | No. CV16-2119 ODW (AJW)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE |

  Defendant filed a motion to dismiss the complaint. On September 21, 2016, the court issued an order directing that any opposition to the motion be filed within 21 days. The order informed plaintiff that the failure to file opposition might result in the granting of the motion or the dismissal of this case for failure to prosecute, failure to comply with the court's order, or failure to comply with the local rules. As of the date of this order, no opposition to the motion has been filed, and no request for an extension of time within which to file opposition has been received. Therefore, this case is dismissed without prejudice. See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

DATED: November 1, 2016

_____
Otis D. Wright, II
United States District Judge