UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CURTIS M. EDWARDS, | ) | |
| Plaintiff, | ) | No. CV 16-2119 ODW (AJW) |
| v. | ) | J U D G M E N T |
| DEPUTY MARTINEZ, et al., | ) | |
| Defendant(s). | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

November 1, 2016

_____
Otis D. Wright, II
United States District Judge